# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:19-cr-485 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| OSHEA K. WALKER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on June 24, 2021[1]. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on March 2, 2022. The defendant was found to have committed the violations alleged in violation numbers 2 – 7,:

   2. Unauthorized Use of Drugs;
   3. Failure to Comply with Substance Abuse Testing;
   4. Failure to Comply with Cognitive Behavioral Therapy;
   5. Failure to Pay Special Assessment;
   6. Failure to Comply with Home Contacts;
   7. Failure to Report Job Changes.

The Government withdrew violation number 1.

The magistrate judge filed a report and recommendation on March 2, 2022, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 2 - 7.

---

[1] A Second Superseding Violation Report was filed on July 2, 2021.

A final supervised release violation hearing was conducted on March 21, 2022. Present were the following: Assistant United States Attorney Aaron Howell, Attorney Jeffrey Lazarus, the defendant Oshea K. Walker and United States Probation Officer Jennifer Burke.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 2 - 7.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 10 months with credit for time served beginning December 21, 2021. The Court reimposes the remaining $25.00 of the Special Assessment. The defendant shall pay 25% of defendant's gross income per month, through the Federal Bureau of Prisons Inmate Financial Responsibility Program. If a balance remains upon release from imprisonment, payment arrangements shall be coordinated with the Financial Litigation Unit.

No Supervised Release to follow.

**IT IS SO ORDERED**.

Dated: March 21, 2022

                                            **HONORABLE SARA LIOI**
                                            **UNITED STATES DISTRICT JUDGE**